**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

JEREMY RIVERS,

Plaintiff,

v.

FEDERAL AVIATION ADMINISTRATION, *et al.*,

Defendants.
_______________________________/

Case No. 26-13694
Hon. Jonathan J.C. Grey
Mag. Judge Curtis Ivy, Jr.

**ORDER GRANTING DEFENDANTS' MOTION FOR EXTENSION (ECF No. 15)**

This matter is before the Court on Defendants Federal Aviation Administration, Bryan Bedford, William Mckenna, U.S. Department of Transportation, and Sean Duffy's motion for an extension of time to file a response to Plaintiff Jeremy Rivers' motion for summary judgment. (ECF No. 15.)

For the reasons set forth in the motion, the Court finds good cause under Federal Rule of Civil Procedure 6(b)(1)(A) and **GRANTS** the requested extension, making Defendants' response due thirty (30) days after the date the Defendants answer the complaint.

**SO ORDERED.**

**s/Jonathan J.C. Grey**
Jonathan J.C. Grey
United States District Judge

Date: October 23, 2026

**Certificate of Service**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First-Class U.S. mail addresses disclosed on the Notice of Electronic Filing on October 23, 2026.

s/ **S. Osorio**
Sandra Osorio
Case Manager